IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

| | | |
|---|---|---|
| **CHARLES DOUGLAS OWENS, II** | § | **PLAINTIFF** |
| | § | |
| v. | § | Civil Action No. 1:09cv615-LG-RHW |
| | § | |
| **JACQUELYN BANKS** | § | **DEFENDANT** |

## JUDGMENT

This matter having come on to be heard on the Proposed Findings of Fact and Recommendations [27] entered by United States Magistrate Judge Robert H. Walker, the Court, after a full review and consideration of the Proposed Findings of Fact and Recommendations, the pleadings on file, and the relevant legal authority, finds that in accord with the Order entered herewith,

**IT IS ORDERED AND ADJUDGED** that Proposed Findings of Fact and Recommendation [27] entered by United States Magistrate Judge Robert H. Walker, be, and the same hereby is, adopted as the finding of this Court. The petitioner's cause of action is hereby **DISMISSED WITH PREJUDICE**.

**SO ORDERED AND ADJUDGED** this the 11th day of January, 2011.

s/ *Louis Guirola, Jr.*
LOUIS GUIROLA, JR.
UNITED STATES DISTRICT JUDGE